EXHIBIT 16

PROVIDED TO COURT IN COURTESY COPY

NOT FILED ON ECF

SUBJECT TO

PENDING REQUEST TO

FILE UNDER SEAL