# PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR.
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
MARY ELLEN DONNELLY
GEOFFREY H. WARD
E. PARKER NEAVE
MARK A. HERNANDEZ
PHILIP H. KALBAN
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER
MICHAEL D. YIM

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
PUTNEYLAW.COM

328 NEWMAN SPRINGS ROAD
RED BANK, NEW JERSEY 07701
(732) 379-6020
TELEFAX: (732) 345-9444

1225 FRANKLIN AVENUE, SUITE 200
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
ALEXANDER NEAVE
THOMAS M. LAMBERTI
HARVEY I. SCHNEIDER
ANDREA HYDE

June 1, 2018

<u>Via ECF</u>
Hon. A. Kathleen Tomlinson
Magistrate Judge
United States District Court
100 Federal Plaza
Central Islip, New York 11722

 Re: **Ave Maria Thompson vs. Thomas J. Spota,**
   **Robert Ewald and Suffolk County**
   **E.D.N.Y. 14-cv-02473 (JMA) (AKT)**

Dear Judge Tomlinson:

 Our firm represents Defendants, Thomas Spota and Robert Ewald (collectively, the "Individual Defendants") in the above-captioned matter.

 Pursuant to the Court's May 25, 2018 Order, we write to advise the Court that the Individual Defendants intend to file their motion to seal on or before June 8, 2018.

        Respectfully submitted,
        */s RKK*
        Rebecca Kim Kimura