# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

January 7, 2020

**BY ECF**
Hon. Nicholas Garaufis
Senior United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    AveMaria Thompson v. Thomas J. Spota and Suffolk County,
              14-CV-02473 (NGG) (AKT)

Dear Judge Garaufis:

      I represent the Plaintiff in this matter and write to request that the Court schedule a conference in this action at which time a trial date can be set. The parties filed a Proposed Pre-Trial Order on November 19, 2019 and Magistrate Judge Tomlinson approved the Pre-Trial Order on December 3, 2019.

      While I am sure the Court has many cases ready for trial, I wanted to note that this case will be six years old as of April 2020 and perhaps more significantly, the individual defendant in this action, Thomas Spota, was recently found guilty of obstruction of justice in U.S. v. McPartland, 17 CR 587 (JMA). Given that Mr. Spota's availability for this case may be affected by the proceedings in the criminal action, it seems prudent to at least set a trial date as soon as possible.

      I provided notice to the other counsel in this case that I would be making this application and asked for their position but they have not responded.

      Thank you for your attention to this matter.

                            Very truly yours,

                            /s

                          Jason L. Solotaroff

cc:    All counsel